UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

C.A. No.: 2011-CV-30199

| | |
|---|---|
| ROBERT BAGG, DAVID CROTTY, KATHLEEN GEISSE, CRYSTAL DILLON and LESLIE JOHNSTON Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHBEAM RESEARCH, INC., THE GALE GROUP, INC., and CENGAGE LEARNING, INC.,<br><br>Defendants. | JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO CONDUCT INFORMAL DISCOVERY |

NOW COME the parties to the above-styled action and submit the following status report.

1. Counsel for the parties have informally exchanged certain documents and/or information relevant to the following issues raised by the Court in its Order of May 17, 2012 ("the Court's Order"):

   a. "[W]hether Plaintiffs in fact were required to click on an 'I agree' screen button when they signed up for trials from 2006 through 2010 and, if so, whether that agreement was substantively identical to the one now before the court which contains a forum selection clause" (Memorandum and Order at 15);

APPROVED. Discovery is extended to June 29, 2012. So Ordered.

Michael O. Ponsor USDJ

6·21·12