# **EXHIBIT 3**

**From:** Patrick Markey
**Sent:** Friday, July 13, 2012 12:05 PM
**To:** 'Nate Olin' (nolin@cmolawyers.com); Jeffrey S. Morneau (jmorneau@cmolawyers.com)
**Cc:** Justin E. Klein (jklein@ssbb.com)
**Subject:** Bagg v. Highbeam

Jeff and Nate:

Client will not agree to the voluntary transfer to N.D. Illinois that you proposed.  Please let me know whether you would like to conduct further formal discovery under the Judge's order on the motion to dismiss.  As we discussed, we would be happy to provide an affidavit instead of formal discovery if you would prefer.  If you don't require further discovery of any type, please let me know so that we can move forward on the motion to dismiss.

Pat

Patrick J. Markey, Esq.
**O'SHEA GETZ PC**
1500 Main Street
Suite 912
Springfield, MA 01115
Tel:     413-731-3100 ext 104
Direct: 413-272-0504
Fax:    413-731-3101

pmarkey@osheagetz.com
www.osheagetz.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this e-mail message is
intended only for the personal and confidential use of the
recipient(s) named above.  This message may be an
attorney-client communication and as such is
privileged and confidential. If the reader of this message is
not the intended recipient or an agent responsible for
delivering it to the intended recipient, you are hereby
notified that you have received this document in error and
that any review, dissemination, distribution, or copying of
this message is strictly prohibited. If you have received
this communication in error, please notify us immediately
by e-mail, and delete the original message.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*