# EXHIBIT 4

**From:** Patrick Markey
**Sent:** Wednesday, July 25, 2012 9:42 AM
**To:** 'Nate Olin' (nolin@cmolawyers.com); Jeffrey S. Morneau (jmorneau@cmolawyers.com)
**Cc:** Justin E. Klein (jklein@ssbb.com)
**Subject:** RE: Bagg v. Highbeam

Jeff and Nate:  I haven't heard from you re the email below.  Should we read your silence as an indication that you do not want to conduct any further discovery on the issues raised by Judge Ponsor in his May 17 Order?