UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103
413-785-0015

TO:  U.S. District Court                                  Our Case No.: 11cv30199-MAP
     Clerk's Office
     Everett McKinley Dirksen                             Case Caption:   Robert Bagg, et al v.
     United States Courthouse                                             Highbeam Research, Inc., et al
     219 South Dearborn Street
     Chicago, IL 60604


Please be advised that this case has been transferred to: The Northern District of Illinois

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

● Go to the Court's web site - www.mad.uscourts.gov
● Select Case Information and Click on CM/ECF - Pacer System
● At login type: your court's PACER login and password
  ○ Skip "Client Code". Click login

● Once you are into CM/ECF, to print the public docket sheet click:
  ○ Reports, Docket Sheet, Type in Case number and Run Report and then print

● To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

● To print each item on the docket sheet click on the underlined document number and print.

● To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  ○ If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at   mary_finn@mad.uscourts.gov                                       with your court's
                                           case information.

Thank You

                                            By: Mary Finn, Deputy Clerk
                                            413-785-6806
                                            U.S. District Court
                                            300 State Street, Ste. 1`20
                                            Springfield, MA 01105

Date:   December 3, 2012